

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1 | CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

2 | CHRISTOPHER BURTON

3 | Assistant United States Attorney
Nevada Bar No. 12940

4 | District of Nevada
501 Las Vegas Blvd. South, Suite 1100

5 | Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087

6 | Christopher.Burton4@usdoj.gov
*Representing the United States of America*

7

8 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9 | IN RE SEARCH OF INFORMATION
RELATING TO:                                    Case No. 2:18-mj-96- DJA

10

11 | 2NDSECONDCHANCE2@GMAIL.COM      **Government's Motion to Unseal**
**Case**

12 | THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE                        **(Under Seal)**

13 | IN RE SEARCH OF INFORMATION
RELATING TO:                                    Case No. 2:18-mj-97- DJA

14

15 | ABOVEANDBEYONDHEAVEN@GMAIL      **Government's Motion to Unseal**
.COM                                            **Case**

16 | THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE                        **(Under Seal)**

17

18 | IN RE SEARCH OF INFORMATION
RELATING TO:                                    Case No. 2:18-mj-98- DJA

19 | UPLIFTINGBEHAVIORALHEALTH@G     **Government's Motion to Unseal**
MAIL.COM                                        **Case**

20

21 | THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE                        **(Under Seal)**

22

23

24

| | |
|---|---|
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>LIGHTHOUSEBEHAVIORALHEALTHCARE@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-99-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>ROBBAILEY1616@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-100-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>BCLASSYHEN@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-101-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>HUMBLEHEARTSBHS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-102-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>DIRECTORMILLIEX@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-103-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**(Under Seal)** |

///

///

///

2

1   **CERTIFICATION:  This Motion is timely filed.**

2          COMES NOW the United States of America, by and through its attorneys,

3   CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton,

4   Assistant United States Attorney, and respectfully moves this Court for an Order to

5   UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search

6   Warrants filed under the instant cases and all related documents in anticipation of producing

7   the same as discovery in Case No. 2:21-cr-00236-JAD-EJY.

8          **DATED** this 13th day of September, 2021.

9                                          Respectfully,

10                                         CHRISTOPHER CHIOU
                                           Acting United States Attorney
11

                                           */ s / Christopher Burton*
12
                                           _____
13                                         CHRISTOPHER BURTON
                                           Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7
                   **UNITED STATES DISTRICT COURT**
8                      **DISTRICT OF NEVADA**

9  | IN RE SEARCH OF | |
   | INFORMATION RELATING TO: | Case No. 2:18-mj-96- DJA |
10 | | |
   | 2NDSECONDCHANCE2@GMAIL.COM | **Order to Unseal Case** |
11 | | |
12 | THAT IS STORED AT PREMISES | |
   | CONTROLLED BY GOOGLE | |
13 | | |

14 | IN RE SEARCH OF | |
   | INFORMATION RELATING TO: | Case No. 2:18-mj-97- DJA |
15 | | |
   | ABOVEANDBEYONDHEAVEN@GMAIL.COM | **Order to Unseal Case** |
16 | | |
17 | THAT IS STORED AT PREMISES | |
   | CONTROLLED BY GOOGLE | |
18 | | |

   | IN RE SEARCH OF | |
19 | INFORMATION RELATING TO: | Case No. 2:18-mj-98- DJA |
   | | |
20 | UPLIFTINGBEHAVIORALHEALTH@GMAIL.COM | **Order to Unseal Case** |
21 | | |
   | THAT IS STORED AT PREMISES | |
22 | CONTROLLED BY GOOGLE | |

23

24
                              4

| | |
|---|---|
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>LIGHTHOUSEBEHAVIORALHEALTHCARE@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-99- DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>ROBBAILEY1616@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-100- DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>BCLASSYHEN@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-101- DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>HUMBLEHEARTSBHS@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-102- DJA<br><br>**Order to Unseal Case** |
| IN RE SEARCH OF INFORMATION RELATING TO:<br><br>DIRECTORMILLIEX@GMAIL.COM<br><br>THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-103- DJA<br><br>**Order to Unseal Case** |

///

///

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 14th day of September, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE